HILL, FARRER & BURRILL LLP
Daniel J. McCarthy (SBN 101081)
dmccarthy@hillfarrer.com
515 S. Flower Street, 7th Fl.
Los Angeles, CA 90071
Telephone: (213) 621-0802
Fax: (213) 624-4840

Daniel J. McCarthy, in pro per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| In re<br><br>ITKIN & SABADASH,<br><br>Involuntary Debtor. | Case No. 2:26-cv-11459-JFW<br><br>[Related Case No. 2:26-cv-10476-JW]<br><br>BK Case No. 2:25-bk-11235-NB<br><br>Chapter 7<br><br>**STIPULATION FOR DISMISSAL OF APPEAL WITHOUT PREJUDICE** |
| DANIEL J. McCARTHY,<br><br>Appellant,<br><br>v.<br><br>ALEXANDER SABADASH,<br><br>Appellee. | |

**TO: THE HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Appellant Daniel J. McCarthy ("McCarthy") and appellee Alexander Sabadash ("Sabadash") hereby stipulate as follows:

1. Sabadash contends that this appeal was untimely filed and that McCarthy lacks standing to prosecute this appeal.

2. To avoid motion practice, the above-captioned appeal by McCarthy is dismissed without prejudice to McCarthy seeking leave to intervene in the appeal by Garry Y. Itkin in case no. 2:26-cv-10476-JW before this Court. The parties reserve all rights regarding any such motion.
3. The parties shall bear their own fees and costs regarding the above-captioned appeal.
4. Any court fees that are due shall be paid by McCarthy.

DATED: November 11, 2026 HILL, FARRER & BURRILL LLP

By: */s/ Daniel J. McCarthy*
Daniel J. McCarthy
Appellant, in pro per

DATED: November 11, 2026 THE ZORKIN LAW FIRM

By: */s/ Michael Zorkin*
Michael Zorkin
Attorneys for Appellee
Alexander Sabadash

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing party hereby attests that that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.