**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| In re<br>ITKIN & SABADASH,<br>Involuntary Debtor. | Case No. 2:26-cv-11459-JFW<br>[Related Case No. 2:26-cv-10476-JW]<br>BK Case No. 2:25-bk-11235-NB<br>Chapter 7 |
| DANIEL J. McCARTHY,<br>Appellant,<br>v.<br>ALEXANDER SABADASH,<br>Appellee. | **ORDER GRANTING STIPULATION FOR DISMISSAL OF APPEAL WITHOUT PREJUDICE** |

The Court, having considered the Stipulation for Dismissal of Appeal Without Prejudice between Appellant Daniel J. McCarthy ("McCarthy") and appellee Alexander Sabadash ("Sabadash") and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The above-captioned appeal by McCarthy is dismissed without prejudice to McCarthy seeking leave to intervene in the appeal by Garry Y. Itkin in

case no. 2:26-cv-10476-JW before this Court. The parties reserve all rights regarding any such motion.

2. The parties shall bear their own fees and costs regarding the above-captioned appeal.

3. Any court fees that are due shall be paid by McCarthy.

DATED:

THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE